UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-021649
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on May 4, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

JUAN C JIMENEZ, DEBTOR

CASE NO.: 17-26727-JKS

HEARING DATE: APRIL 12, 2018

JUDGE: JOHN K. SHERWOOD

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: May 4, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A. upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.    Debtor is currently delinquent in post-petition payments for the months of January 1, 2018 through March 1, 2018 in the amount of $3661.68, less a suspense balance of $1.76, for a total delinquency of $3,659.92.

2.    To cure the delinquency outlined in paragraph one (1), debtor agrees to remit eight (8) monthly cure payments in the amount of $406.66 for the months of April 1, 2018 through November 1, 2018 and one (1) final cure payment of $406.64 for the month of December 1, 2018.

3.    Starting April 1, 2018, Debtor also agrees to maintain all contractually due payments, which currently amount to $1,220.56.

4.    If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____         _4-24-18_
Charles G. Wohlrab, Esquire                  Date
Attorney for the Secured Creditor

_____         _4/23/18_
Russell L. Low, Esquire                       Date
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Juan C Jimenez  
    Debtor

Case No. 17-26727-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db         +Juan C Jimenez,    1422 Essex Ave,    Linden, NJ 07036-1938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

        Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        Russell L. Low    on behalf of Debtor Juan C Jimenez rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                                TOTAL: 7