Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–26727–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juan C Jimenez
1422 Essex Ave
Linden, NJ 07036

Social Security No.:
xxx–xx–2147

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 15, 2018.

On 8/16/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:             September 27, 2018
Time:             09:00 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 17, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:	Case No. 17-26727-JKS
Juan C Jimenez	Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 17, 2018
                              Form ID: 185    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db             +Juan C Jimenez,    1422 Essex Ave,    Linden, NJ 07036-1938
intp            State of New Jersey,    Dept of Human Services,    PO Box 716,    Trenton, NJ  08625-0716
517137234       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517016062      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517016068       NJ CHLD SUPT,    CN-716,    TRENTON, NJ 08625
517016069      +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
517016073      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
517048774      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517164958       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517016080       WFFNB RETAIL,    CSCL DISPUTE TEAM,    DES MOINES, IA 50306
517148942       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517118083       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:20:46
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517215535       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:20:59
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517016061      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2018 00:20:55      CREDIT ONE BANK NA,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
517016063      +E-mail/Text: bankruptcy@hccredit.com Aug 18 2018 00:18:00      HCCREDIT/CIT,    PO BOX 829,
                 SPRINGDALE, AR 72765-0829
517016064      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2018 00:15:30      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
517016065      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:20:58      LVNV FUNDING LLC,
                 PO BOX 10497,    GREENVILLE, SC 29603-0497
517214085       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:21:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517016066      +E-mail/Text: bkr@cardworks.com Aug 18 2018 00:15:09      MERRICK BANK CORP,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
517016067      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 00:16:20      MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517180409      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 00:16:20      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517016071      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:15      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517016072      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:45      SYNCB/SLEEP NUMBER,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
517018232      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517016075      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2018 00:15:16
                 VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
517016077      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2018 00:15:16
                 VERIZON WIRELESS,    PO BOX 650051,    DALLAS, TX 75265-0051
517122239      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2018 00:21:29      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517016078      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 18 2018 00:17:21      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 19
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517016074*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
517016076*     +VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 17, 2018
                              Form ID: 185               Total Noticed: 31

517016060     ##+AFM FINANCIAL SERVICES,    1150 RARITAN RD STE 103,    CRANFORD, NJ 07016-3369
517016070     ##+STELLAR RECOVERY INC,    4500 SALISBURY RD STE 10,    JACKSONVILLE, FL 32216-8035
517016079     ##+Wells Fargo,    PO Box 6412,    Carol Stream, IL 60197-6412
                                                                                       TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Juan C Jimenez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7