Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26727−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Juan C Jimenez
 1422 Essex Ave
 Linden, NJ 07036

Social Security No.:
 xxx−xx−2147

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 16, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26727-JKS
Juan C Jimenez                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin          Page 1 of 2          Date Rcvd: Jan 16, 2019
                          Form ID: 148         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
db            +Juan C Jimenez,    1422 Essex Ave,    Linden, NJ 07036-1938
intp           State of New Jersey,    Dept of Human Services,    PO Box 716,    Trenton, NJ  08625-0716
517016062     +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517016068      NJ CHLD SUPT,    CN-716,    TRENTON, NJ  08625
517016069     +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
517048774     +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517944982     +U.S. Bank National Association as Legal Title Trus,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357
517164958      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Jan 17 2019 05:38:00      Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,    Norfolk, VA 23541-1021
517215535      EDI: RESURGENT.COM Jan 17 2019 05:38:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517016061     +EDI: RCSFNBMARIN.COM Jan 17 2019 05:38:00      CREDIT ONE BANK NA,    PO BOX 98872,
               LAS VEGAS, NV 89193-8872
517137234      EDI: BL-BECKET.COM Jan 17 2019 05:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517016063     +E-mail/Text: bankruptcy@hccredit.com Jan 17 2019 01:12:18      HCCREDIT/CIT,    PO BOX 829,
               SPRINGDALE, AR 72765-0829
517016064     +EDI: CBSKOHLS.COM Jan 17 2019 05:38:00      KOHLS/CAPONE,    N56 W 17000 RIDGEWOOD DR,
               MENOMONEE FALLS, WI 53051-7096
517016065     +EDI: RESURGENT.COM Jan 17 2019 05:38:00      LVNV FUNDING LLC,    PO BOX 10497,
               GREENVILLE, SC 29603-0497
517214085      EDI: RESURGENT.COM Jan 17 2019 05:38:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517016066     +EDI: MERRICKBANK.COM Jan 17 2019 05:38:00      MERRICK BANK CORP,    PO BOX 9201,
               OLD BETHPAGE, NY 11804-9001
517016067     +EDI: MID8.COM Jan 17 2019 05:38:00      MIDLAND FUNDING,    2365 NORTHSIDE DR STE 30,
               SAN DIEGO, CA 92108-2709
517180409     +EDI: MID8.COM Jan 17 2019 05:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
517016071     +EDI: RMSC.COM Jan 17 2019 05:38:00      SYNCB/OLD NAVY,    PO BOX 965005,
               ORLANDO, FL 32896-5005
517016072     +EDI: RMSC.COM Jan 17 2019 05:38:00      SYNCB/SLEEP NUMBER,    C/O PO BOX 965036,
               ORLANDO, FL 32896-0001
517018232     +EDI: RMSC.COM Jan 17 2019 05:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517016073      EDI: TFSR.COM Jan 17 2019 05:38:00      TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
               PARSIPPANY, NJ 07054
517016075     +EDI: VERIZONCOMB.COM Jan 17 2019 05:38:00      VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
517016077     +EDI: VERIZONCOMB.COM Jan 17 2019 05:38:00      VERIZON WIRELESS,    PO BOX 650051,
               DALLAS, TX 75265-0051
517122239     +EDI: AIS.COM Jan 17 2019 05:38:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517016078     +EDI: BLUESTEM Jan 17 2019 05:38:00      WEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,
               SAINT CLOUD, MN 56303-0820
517016080      EDI: WFFC.COM Jan 17 2019 05:38:00      WFFNB RETAIL,    CSCL DISPUTE TEAM,
               DES MOINES, IA 50306
517016079     +EDI: WFFC.COM Jan 17 2019 05:38:00      Wells Fargo,    PO Box 6412,
               Carol Stream, IL 60197-6412
517148942      EDI: WFFC.COM Jan 17 2019 05:38:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
517118083      EDI: WFFC.COM Jan 17 2019 05:38:00      Wells Fargo Bank, N.A.,    Default Document Processing,
               N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
                                                                                              TOTAL: 25
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 16, 2019
                              Form ID: 148             Total Noticed: 33

517016074*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   TOYOTA MOTOR CREDIT CO,   4 GATEHALL DR STE 350,
                    PARSIPPANY, NJ 07054)
517944983*     +U.S. Bank National Association as Legal Title Trus,    3000 Kellway Dr. Ste 150,
                  Carrollton, TX 75006-3357
517016076*     +VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
517016060      ##+AFM FINANCIAL SERVICES,    1150 RARITAN RD STE 103,    CRANFORD, NJ 07016-3369
517016070      ##+STELLAR RECOVERY INC,    4500 SALISBURY RD STE 10,    JACKSONVILLE, FL 32216-8035
                                                                                TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Juan C Jimenez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 7
```